Yusuf Abdullahi Abakar
Reg# 60757-112
Metropolitan Detention Center - Los Angeles
P.O. Box 1500
Los Angeles, CA   90053-1500



CLERK, U.S. DISTRICT COURT

SEP 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YUSUF ABDULLAHI ABAKAR ) <br> ) <br> Defendant, ) <br> ) | CASE NO.: CR 11-0388-GAF <br><br> NOTICE OF APPEAL |

COMES NOW the Defendant, **YUSUF ABDULLAHI ABAKAR**, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this court on **September 24, 2012.**

Respectfully submitted this 24th day of September, 2012.

_____
Yusuf Abdullahi Abakar

Copy "hand delivered" this **24th** day of **September 2012** to the following:

U.S. Attorney for the
Central District of California
312 N. Spring Street
Los Angeles, California   90012

##